■ · THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS J. MARINACCIO, Appellant.— Order unanimously affirmed. No opinion. Concur —Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ LOUIS JACOBSON, Respondent, v. EDWARD SALVAGE et al., Appellants. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRISON TARVER, Appellant.— Order unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRISON TARVER, Appellant.— Order unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, McNally and Bergan, JJ.

■ SALLAND, MILLER & HERBST, INC., Appellant, v. JACK KLEINER & Co., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ HOME DIATHERMY CO., INC. v. IDA LORRAINE.— Motion to dismiss appeal denied. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

# (January 29, 1959)

■ LILLIAN KAPLAN et al. v. CITY OF NEW YORK et al.— Motion for leave to reargue denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ GANSEVOORT HOLDING CORPORATION et al., v. PALATINE INSURANCE CO., LTD., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, Stevens and Bastow, JJ.

■ ELLIOTT F. CAVELLIER v. MARY H. CAVELLIER.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

· ■ DOMINICK PALLADINO v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bastow, JJ.

■ WILLIAM J. FRIEDMAN et al. Copartners Doing Business under the Name of FRIEDMAN, ZOLINE & ROSENFIELD v. VICTOR S. GETTNER et al., as Executors of ADOLPH L. SIMON, Deceased.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ADOLPHO SOTO et al. v. LENSCRAFT OPTICAL CORP. (RAYEX) et al.— Motion for leave to reargue denied but motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ MATHILDE G. DRESLER et al. v. BERNARD GREEFF, JR., et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ WILLIAM KAUFMAN et al., v. GENERAL DYNAMICS CORPORATION et al. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Stevens and Bastow, JJ.

■ GEORGE A. FULLER COMPANY v. FISCHBACH & MOORE, INC.— Motion for leave to reargue submission of controversy or for leave to appeal to the